THEODORE KERBL, Respondent, v. HANS KRAUSE, Appellant.— Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

BELLA LASKO, Respondent, v. MEYER LASKO, Appellant.— Order denying defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within five days from service of a copy of the order herein. Whether or not the defendant's conduct as it may be evidenced under the allegations contained in paragraph 6 of the complaint would sustain a decree of separation may only be determined upon the trial. (*Pearson* v. *Pearson*, 230 N. Y. 141; *Tower* v. *Tower*, 134 App. Div. 670.) As a matter of mere pleading paragraph 6 is sufficient in law. Paragraph 5, however, is insufficient. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

BERTHA P. LIPPMAN, Appellant, v. LOUIS PIZITZ DRY GOODS COMPANY, a Foreign Corporation, Respondent.— Order modified by imposing upon defendant, as a condition for the opening of its default, the payment to plaintiff of the costs taxed in the judgment, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

EDWARD LUBACK, an Infant, by JOHN LUBACK, His Guardian ad Litem, Appellant, v. LOUIS HIRSCH and JOSEPH SCHWARTZ, Respondents, and EFFICIENCY AUTO RENTING Co., INC., Defendant.— Order granting upon condition the motion of defendants Hirsch and Schwartz for leave to serve an amended answer, so as to withdraw admissions of allegations in the complaint respecting operation and control of the automobile involved, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The granting of this motion was an abuse of discretion. It operates to the substantial prejudice of the plaintiff and accorded an undue advantage to said defendants despite gross laches on their part. (*Drescher* v. *Mirkus*, 211 App. Div. 763; *Levy* v. *Delaware, Lackawanna & Western R. R. Co.*, Id. 503.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

JULIA M. LYONS, Respondent, v. JOHN L. DELANEY, Appellant, and " MARY " DELANEY and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper and Tompkins, JJ.; Hagarty, J., not voting.

EDWARD I. MEHRLUST, Respondent, v. BROADWAY-94TH STREET REALTY Co., INC., Appellant, and HARRY SCHIFF, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.